Technograph, Inc.

CIVIL DOCKET

UNITED STATES DISTRICT COURT    Jury demand date:

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| Technograph, Inc. & Technograph Printed Circuits, Ltd. <br> Civil Action 62C 1761, No., Ill. <br><br> NOTE: <br><br> PANEL OPINION & ORDER OF SEPT. 17, 1968 CITED AT: <br><br> 297 F. Supp. 1034 (1968) | For plaintiff Movant: <br><br> Blenko, Leonard & Buell <br><br><br><br> For defendant Respondent: |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of ...ion: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

| DATE | PROCEEDINGS | Date Order or Judgment |
|---|---|---|
| 6/6/68 | 1. Motion to transfer w. brief in support filed on behalf of Technograph, Inc. | |
| 6/12/68 | 2. Opposition filed on behalf of Packard-Bell | |
| 6/17/68 | 3. Opposition filed on behalf of Automatic Electric | |
| 6/24/68 | 4. Opposition filed on behalf of Westinghouse | |
| 6/24/68 | 5. Opposition filed on behalf of Methode Electronics, Inc. | |
| 6/25/68 | 6. Letter from Blenko asking leave to reply | |
| 6/27/68 | 7. Opposition filed on behalf of Hoffman Electronics | |
| 6/28/68 | 8. Letter filed on behalf of MartinOMarietta stating intention to oppose | |
| 6/13/68 | 9. Opposition filed on behalf of Lockheed Aircraft Corp. | |
| 7/17/68 | Order for hearing signed by Judge Murrah | |
| 7/25/68 | Notice for hearing signed by Clerk on 7/25/68 sent to all parties | |
| 8/1/68 | 10. Opposition filed on behalf of Bureau of Engraving, Inc. & Colbuk, Inc. | |
| 8/2/68 | 11. Opposition filed on behalf of Westinghouse | |
| 8/5/68 | 12. Opposition filed on behalf of Methode Electronics, et al. | |
| 8/5/68 | 13. Reply memorandum filed on behalf of Technograph | |
| 8/15/68 | 14. Supplemental memorandum in Opposition filed on behalf of Westinghouse | |
| 8/19/68 | 15. Memorandum filed on behalf of Technograph in response to supplemental memorandum filed on behalf of Westinghouse | |
| 9/17/68 | Order denying motion to transfer multidistrict actions to the Northern District of Illinois signed by Judge Murrah | |

LIST OF COUNSEL

MDL-1 -- Multidistrict Patent Infringement Litigation Involving
The Eisler Patent

TECHNOGRAPH, INC.
TECHNOGRAPH PRINTED CIRCUITS LTD.

Walter J. Blenko, Esquire
Blenko, Leonard & Buell
1020 North American Rockwell Bldg.
Pittsburgh, Pennsylvania   15222


WESTINGHOUSE ELECTRIC CORPORATION

Benjamin C. Howard, Esquire
Miles & Stockbridge
10 Light Street
Baltimore, Maryland


METHODE ELECTRONICS, INC.

Valentine A. Weber, Jr., Esq.
Spray, Price, Hough & Cushman
134 South LaSalle Street
Chicago, Illinois   60603


HOFFMAN ELECTRONICS CORPORATION

Richard E. Lyon, Esquire
Lyon & Lyon
811 West Seventh Street
Los Angeles, California   90017


LOCKHEED AIRCRAFT CORPORATION

Oscar A. Mellin, Esquire
Harry G. Weissenberger, Esquire
Mellin, Hursh, Moore
  & Weissenberger
111 Sutter Street
San Francisco, California   94104

List of Counsel                                  - 2 -

BUREAU OF ENGRAVING, INC.
COLBUK, INC.

John D. Gould, Esquire
Merchant & Gould
2330 Rand Tower
Minneapolis, Minnesota   55402


PACKARD BELL ELECTRONICS, INC.
NORTHRUP CORPORATION
CONSOLIDATED SYSTEMS CORP.
WESTON INSTRUMENTS, INC.

William H. Pavitt, Jr., Esq.
Smyth, Roston & Pavitt
4262 Wilshire Boulevard
Los Angeles, California   90005


AUTOMATIC ELECTRIC COMPANY

Theodore W. Anderson, Jr., Esq.
Pendleton, Neuman, Seibold
   & Williams
77 West Washington Street
Chicago, Illinois   60602


CRONAME, ESQUIRE

Lawrence W. Brugman, Esq.
Horton, Davis & McCaleb
208 South LaSalle Street
Chicago, Illinois   60604


GENERAL ELECTRIC COMPANY

Chadwell, Keck, Kayser,
   Ruggles & McLaren
135 South LaSalle Street
Chicago, Illinois   60603

APPENDIX

Schedule A

| Action pending in the United States District Court for the Northern District of California at San Francisco | |
|---|---|
| Defendant | Docket Number |
| Systron-Donner Corporation | 41242 |

| Actions pending in the United States District Court for the Northern District of Illinois at Chicago | |
|---|---|
| Defendant | Docket Number |
| Methode Electronics, Inc. | 67 C 1761 |
| Automatic Electric Company | 63 C 36 |
| Webcor Electronics Incorporated | 63 C 111 |
| Croname, Incorporated | 63 C 142 |

| Actions pending in the United States District Court for the District of Maryland at Baltimore | |
|---|---|
| Defendant | Docket Number |
| Martin-Marietta Corporation | 13358 |
| Westinghouse Electric Corporation | 14084 |
| International Telephone & Telegraph Corporation | 14299 |
| McDonnell Aircraft Corporation | 14374 |

| Actions pending in the United States District Court for the Southern and/or Central Districts of California at Los Angeles | |
|---|---|
| Defendant | Docket Number |
| Packard Bell Electronics Corp., et al. | 62-1256-PH |
| Hoffman Electronics Corp. | 62-1656-PH |
| Beckman Instruments, Inc. | 63-14-PH |
| Lockheed Aircraft Corp. | 63-48-PH |
| Electronic Specialty Co. | 63-76-PH |
| Northrop Corporation | 63-85-PH |
| Bureau of Engraving, Inc., et al. | 63-86-PH |
| Electronic Engineering Co. of California | 63-108-PH |
| Consolidated Systems Corp. | 63-109-PH |
| Cohu Electronics, Inc. | 66-1991-PH (2829-SD-K) |
| The Ryan Aeronautical Corp. | 66-1992-PH (2836-SD-K) |
| Non-Linear Systems, Inc. | 66-1993-PH (2837-SD-K) |
| Cubic Corp. | 66-1994-PH (2839-SD-K) |
| Electralab Electronics Corp. | 66-1995-PH (2840-SD-K) |
| Weston Instruments, Inc. (Substituted for Schlumberger Technology Corp.) | 66-1996-PH (2844-SD-K) |