

**In re Multidistrict Patent Infringement Litigation Involving the EISLER PATENTS.**

**No. 1.**

Judicial Panel on Multidistrict Litigation.

Sept. 17, 1968.

The Judicial Panel on Multidistrict Litigation, Alfred P. Murrah, Chairman, held that consideration of motion to transfer all pending and related actions in multidistrict patent infringement litigation to the Northern District of Illinois for purpose of pretrial discovery disclosed that no useful purpose as contemplated by statute would be served by the transfer of any of the pending actions to any other district and motion was denied.

Motion to transfer denied.

**Courts ⇐277.2**

Consideration of motion to transfer all pending and related actions in multidistrict patent infringement litigation to the Northern District of Illinois for purpose of pretrial discovery disclosed that no useful purpose as contemplated by statute would be served by the transfer of any of the pending actions to any other district and motion was denied. U.S.C.A. § 1407.

---

Before Alfred P. Murrah, Chairman, and John Minor Wisdom, Edward Weinfeld, Edwin A. Robson, William H. Becker, Joseph S. Lord, III, and Stanley A. Weigel, Judges of the Panel.

OPINION AND ORDER

ALFRED P. MURRAH, Chairman.

This cause came on for consideration on August 8, 1968, pursuant to Panel order on the Motion of TECHNOGRAPH, INC. to transfer all pending and related actions listed in the appended Schedule A* to the Northern District of Illinois for purposes of pretrial discovery under Section 1407, Title 28, United States Code.

It appears that on the 8th day of August, 1968, the Honorable Peirson M. Hall of the Central District of California, before whom all cases listed in the schedule as pending in the Central District of California, entered an order dismissing all such pending cases except Nos. 66-1991, Cohu Electronics, Inc. and No. 62-1656—Hoffman Electronics Corp., and that these latter cases are now being actively litigated.

From argument of counsel and a consideration of all of the submitted facts and circumstances, the Panel is of the opinion that no useful purpose contemplated by Section 1407 would be served by the transfer of any of the pending cases to any other district.

It is therefore ordered that the motion to transfer the cases to the Northern District of Illinois be denied.

It is further ordered that a copy of this Order be filed with the Clerks of the district courts in which all such cases are now pending.

* See Appendix.

IN RE EISLER PATENTS      1635
Cite as 297 F.Supp. 1034 (1968)

APPENDIX

Schedule A

| | Docket Number |
|---|---|
| Action pending in the United States District Court for the Northern District of California at San Francisco | |
| **Defendant** | |
| Systron-Donner Corporation | 41242 |
| Actions pending in the United States District Court for the Northern District of Illinois at Chicago | |
| **Defendant** | |
| Methode Electronics, Inc. | 67 C 1761 |
| Automatic Electric Company | 63 C 36 |
| Webcor Electronics Incorporated | 63 C 111 |
| Croname, Incorporated | 63 C 142 |
| Actions pending in the United States District Court for the District of Maryland at Baltimore | |
| **Defendant** | |
| Martin-Marietta Corporation | 13358 |
| Westinghouse Electric Corporation | 14084 |
| International Telephone & Telegraph Corporation | 14299 |
| McDonnell Aircraft Corporation | 14374 |
| Actions pending in the United States District Court for the Southern and/or Central Districts of California at Los Angeles | |
| **Defendant** | |
| Packard Bell Electronics Corp., et al. | 62–1256–PH |
| Hoffman Electronics Corp. | 62–1656–PH |
| Beckman Instruments, Inc. | 63–14–PH |
| Lockheed Aircraft Corp. | 63–48–PH |
| Electronic Specialty Co. | 63–76–PH |
| Northrop Corporation | 63–85–PH |
| Bureau of Engraving, Inc., et al. | 63–86–PH |
| Electronic Engineering Co. of California | 63–108–PH |
| Consolidated Systems Corp. | 63–109–PH |
| Cohu Electronics, Inc. | 66–1991–PH (2829–SD–K) |
| The Ryan Aeronautical Corp. | 66–1992–PH (2836–SD–K) |
| Non-Linear Systems, Inc. | 66–1993–PH (2837–SD–K) |
| Cubic Corp. | 66–1994–PH (2839–SD–K) |
| Electralab Electronics Corp. | 66–1995–PH (2840–SD–K) |
| Weston Instruments, Inc. (Substituted for Schlumberger Technology Corp.) | 66–1996–PH (2844–SD–K) |